## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**MARIA CAMILA CORTES MORENO,**
Petitioner,

v.

**WARDEN, RICHWOOD CORRECTIONAL CENTER, et al.,**
Respondents.

**Civil Action No. 3:25-cv-02134-RRS-KDM**

## ORDER

Upon consideration and to the extent necessary,

IT IS ORDERED that the Motion to Withdraw is GRANTED, and Paola Rivera, Esq., is hereby WITHDRAWN as counsel of record for Petitioner. It is noted that the Motion was previously denied as Moot because Mr. Rivera was never allowed to enroll as counsel. Nevertheless, given his persistence, the Court will grant this Motion to clarify that he still is not representing Petitioner, and Petitioner is still proceeding PRO SE unless and until substitute counsel enrolls.

IT IS FURTHER ORDERED that Petitioner is currently detained at Richwood Correctional Center, and the Clerk shall direct future notices and orders to Petitioner at the following address:

Maria Camila Cortes Moreno
A-Number: A 231907636
Richwood Correctional Center
180 Pine Bayou Circle
Richwood, LA 71202

THUS DONE AND SIGNED in Chambers, on this 9th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE