UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MARIA CAMILA CORTES MORENO          CIVIL ACTION NO. 25-2134

                                      SECTION P

VS.

                                      JUDGE ROBERT R. SUMMERHAYS

WARDEN RICHWOOD CORRECTIONAL     MAG. JUDGE KAYLA D. MCCLUSKY
CENTER, ET AL.

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that to the extent Petitioner Maria Camila Cortes Moreno seeks release under *Zadvydas*, her Petition is **DISMISSED WITHOUT PREJUDICE** to her right to re-file the claim should her confinement become unconstitutional.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's claim concerning her conditions of confinement is **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to her right to raise the claim in a separate civil rights action.

LAFAYETTE, LOUISIANA, this _4th_ day of March, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE